Electronically Filed
Supreme Court
SCWC-19-0000122
12-NOV-2021
09:41 AM
Dkt. 11 ODAC

SCWC-19-0000122

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee/Cross-Appellant,

vs.

RAFAEL ARROYO,
Petitioner/Defendant-Appellant/Cross-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000122; 2PC151000379)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant/Cross-Appellee Rafael Arroyo's application for writ of certiorari filed on October 7, 2021, is hereby rejected.

DATED: Honolulu, Hawai‘i, November 12, 2021.

John F. Parker                    /s/ Mark E. Recktenwald
for petitioner
                                  /s/ Paula A. Nakayama

Renee Ishikawa Delizo            /s/ Sabrina S. McKenna
for respondent
                                  /s/ Michael D. Wilson

                                  /s/ Todd W. Eddins

